UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 20, 2010**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**                   MDL No. 2151

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On April 9, 2010, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2010). Since that time, 74 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TOYOTA MOTOR CORP. UNINTENDED**
**ACCELERATION MARKETING, SALES PRACTICES,**
**AND PRODUCTS LIABILITY LITIGATION**                          MDL No. 2151

### SCHEDULE CTO-3 - TAG-ALONG ACTIONS

| <u>DIST</u>. <u>DIV</u>. C.A. # | <u>CASE CAPTION</u> |
|---|---|
| **ARIZONA** | |
| AZ   2   10-580 | E. Brandon Bowron, et al. v. Toyota Motor Sales U.S.A., Inc. |
| AZ   2   10-741 | Robert Smyser v. Toyota Motor Corp., et al. |
| | |
| **CALIFORNIA SOUTHERN** | |
| CAS  3   10-648 | Shawnee W. Scharer v. Toyota Motor Sales U.S.A., Inc., et al. |
| | |
| **COLORADO** | |
| CO   1   10-460 | Wayne S. Harris v. Toyota Motor Sales U.S.A., Inc. |
| CO   1   10-915 | Amanda J. Noble v. Toyota Motor North America, Inc., et al. |
| | |
| **DISTRICT OF COLUMBIA** | |
| DC   1   10-657 | Lucy Miller v. Toyota Motor North America, Inc., et al. |
| | |
| **FLORIDA SOUTHERN** | |
| FLS  0   10-60379 | Edward Siff, et al. v. Toyota Motor North America, Inc., et al. |
| FLS  1   10-20630 | Antonio Ramos, et al. v. Toyota Motor Sales U.S.A., Inc. |
| FLS  1   10-20648 | Sharlene Cohen-Goldberg, et al. v. Toyota Motor Sales U.S.A., Inc., et al. |
| FLS  1   10-20960 | Timothy Helmick, et al. v. Toyota Motor North America, Inc., et al. |
| | |
| **GEORGIA NORTHERN** | |
| GAN  1   10-694 | Wayne Schlegel, et al. v. Toyota Motor Sales U.S.A., Inc., et al. |
| GAN  1   10-1231 | Jane Saint Drake, et al. v. Toyota Motor Sales, U.S.A., Inc., et al. |
| | |
| **HAWAII** | |
| HI    1   10-111 | Edward Isao Funasaki v. Toyota Motor Corp., et al. |
| | |
| **IOWA SOUTHERN** | |
| IAS   3   10-33 | Julie Beard, et al. v. Toyota Motor Corp., et al. |
| IAS   4   10-83 | Christopher Carlson v. Toyota Motor Corp., et al. |
| | |
| **IDAHO** | |
| ID    1   10-114 | Gary Gustin v. Toyota Motor Sales U.S.A., Inc., et al. |
| | |
| **ILLINOIS NORTHERN** | |
| ILN   1   10-1351 | Burton Field, et al. v. Toyota Motor North America, Inc., et al. |
| ILN   1   10-1379 | Bonnie Shansky v. Toyota Motor Sales U.S.A., Inc. |
| ILN   1   10-1599 | Deisy F. Toledo v. Toyota Motor Corp., et al. |
| ILN   1   10-1931 | Rosalina Diaz, et al. v. Toyota Motor Corp., et al. |
| ILN   1   10-2507 | Susan Rifken Ltd. v. Toyota Motor North America, Inc., et al. |

**MDL No. 2151 - Schedule CTO-3 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ILLINOIS SOUTHERN** | |
| ILS 3 10-215 | Ronald Walls v. Toyota Motor Corp., et al. |
| **KANSAS** | |
| KS 2 10-2144 | Ruth Shechter, et al. v. Toyota Motor Engineering & Manufacturing North America, Inc., et al. |
| KS 6 10-1090 | H.W. Fanning v. Toyota Motor Corp., et al. |
| **KENTUCKY EASTERN** | |
| KYE 2 10-60 | Anita Jorge v. Toyota Motor North America, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 10-850 | Robert Stephen McKinney, et al. v. Toyota Motor North America, Inc., et al. |
| LAE 2 10-892 | Pamela Frederickson v. Toyota Motor Sales U.S.A., Inc., et al. |
| LAE 2 10-893 | LaRocca's Auto Sales, Inc. v. Toyota Motor Sales U.S.A., Inc., et al. |
| **LOUISIANA WESTERN** | |
| LAW 1 10-421 | Larry Boudoin, et al. v. Toyota Motor Sales U.S.A., Inc., et al. |
| LAW 6 10-521 | Elwanda Fontenot v. Toyota Motor North America, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1 10-10349 | Gerald Murphy, etc. v. Toyota Motor Sales U.S.A., Inc. |
| MA 1 10-10381 | Mary Ferrara v. Toyota Motor Sales U.S.A., Inc., et al. |
| **MARYLAND** | |
| MD 8 10-1075 | Joseph Schantz, et al. v. Toyota Motor North America, Inc., et al. |
| **MINNESOTA** | |
| MN 0 10-766 | Dale Karjala v. Toyota Motor Corp., et al. |
| MN 0 10-801 | George C. Weyer, et al. v. Toyota Motor North America, Inc., et al. |
| MN 0 10-943 | Ted M. Wedul v. Toyota Motor Sales U.S.A., Inc., et al. |
| MN 0 10-944 | James Michael Bell v. Toyota Motor Sales U.S.A., Inc., et al. |
| MN 0 10-1694 | Robert Ruf v. Toyota Motor Sales U.S.A., Inc. |
| MN 0 10-1924 | Mary Pat Hauck v. Toyota Motor Corp., et al. |
| **MISSOURI EASTERN** | |
| MOE 4 10-350 | Robert O'Leary, et al. v. Toyota Motor Sales U.S.A., Inc., et al. |
| MOE 4 10-365 | Rena M. Ridenour v. Toyota Motor Sales U.S.A., Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 4 10-238 | May Zhang, et al. v. Toyota Motor Engineering & Manufacturing North America, Inc., et al. |
| **MONTANA** | |
| MT 1 10-20 | Darrell P. Quintana v. Toyota Motor Corp., et al. |

**MDL No. 2151 - Schedule CTO-3 Tag-Along Actions (Continued)**

| <u>DIST.</u> <u>DIV.</u> <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| **NORTH CAROLINA WESTERN** | |
| NCW  3   10-135 | Selena Michelle Hines-Muhammad v. Toyota Motor Sales U.S.A., Inc., et al. |
| NCW  3   10-176 | Patricia Grier v. Toyota Motor Sales U.S.A., Inc. |
| **NORTH DAKOTA** | |
| ND   3   10-16 | Mark Fraase v. Toyota Motor Corp., et al. |
| **NEBRASKA** | |
| NE   8   10-149 | Anthony Bonacci, et al. v. Toyota Motor Corp., et al. |
| **NEW JERSEY** | |
| NJ   3   10-1623 | Cesare Coslop, IV v. Toyota Motor Corp., et al. |
| NJ   3   10-1786 | Joseph B. Tiboni v. Toyota Motor Sales U.S.A., Inc. |
| NJ   3   10-2032 | Jon J. Darcy, et al. v. Toyota Motor North America, Inc., et al. |
| **NEW MEXICO** | |
| NM   1   10-323 | James P. Griffin v. Toyota Motor Corp., et al. |
| **NEW YORK EASTERN** | |
| ~~NYE   1   10-1116~~ | ~~Beverly Ifergan v. Toyota Motor Sales U.S.A., Inc., et al.~~ **Opposed 6/2/10** |
| NYE   1   10-1334 | Michael Yastrab v. Toyota Motor Sales U.S.A., Inc., et al. |
| NYE   2   10-1272 | David Rosenberg v. Toyota Motor Corp., et al. |
| **OHIO NORTHERN** | |
| OHN   1   10-650 | Richard Immerman v. Toyota Motor North America, Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS   1   10-165 | Tom Kunce v. Toyota Motor Sales U.S.A., Inc. |
| ~~OHS   3   10-124~~ | ~~Mary O'Rourke, et al. v. Toyota Motor Sales U.S.A., Inc.~~ **Opposed 6/3/10** |
| OHS   3   10-144 | Solomon Harbor v. Toyota Motor Sales U.S.A., Inc., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE   2   10-994 | Cullen Kirkpatrick, et al. v. Toyota Motor North America, Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW   2   10-407 | Mitchell P. Gedid v. Toyota Motor Corp., et al. |
| **RHODE ISLAND** | |
| RI   1   10-138 | Mindy A. Corrigan, et al. v. Toyota Motor Sales U.S.A., Inc., et al. |
| **TENNESSEE EASTERN** | |
| TNE   3   10-101 | Millie Charlottie Hartgrove v. Toyota Motor Corp., et al. |
| **TENNESSEE MIDDLE** | |
| TNM   3   10-364 | Dylan Cruikshank v. Toyota Motor Corp., et al. |
| TNM   3   10-387 | Joyce Ann Atnip, et al. v. Toyota Motor Corp., et al. |

**MDL No. 2151 - Schedule CTO-3 Tag-Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| TENNESSEE WESTERN | |
| TNW   2   10-2153 | Louis Pera, Jr. v. Toyota Motor Corp., et al. |
| | |
| TEXAS EASTERN | |
| TXE   5   10-42 | Jasbir Grewal v. Toyota Motor Sales U.S.A., Inc., et al. |
| | |
| TEXAS NORTHERN | |
| TXN   3   10-788 | Jay Brandt v. Toyota Motor Corp., et al. |
| | |
| WASHINGTON WESTERN | |
| WAW   2   10-426 | Dana Clark Weller, et al. v. Toyota Motor Sales U.S.A, Inc. |
| WAW   2   10-542 | Edward Wojeck v. Toyota Motor North America, Inc., et al. |
| WAW   3   10-5176 | Elizabeth Seu v. Toyota Motor Corp., et al. |
| | |
| WEST VIRGINIA SOUTHERN | |
| WVS   2   10-399 | Ira Lee Dadisman, et al. v. Toyota Motor Corp., et al. |