

A CERTIFIED TRUE COPY

ATTEST

By Jakeia R. Mells on Jun 04, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN -4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 20, 2010**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

## IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

8:10-ml-02151 JVS (FMOx)

MDL No. 2151

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-3)

On April 9, 2010, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2010). Since that time, 74 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V. Selna.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V. Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



I hereby attest and certify on 6/4/10
that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rolls Royce Paschal
DEPUTY CLERK

Page 1 of 4

**IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**

MDL No. 2151

### SCHEDULE CTO-3 - TAG-ALONG ACTIONS

**DIST**. **DIV**. **C.A. #**          **CASE CAPTION**

ARIZONA
  AZ   2   10-580         E. Brandon Bowron, et al. v. Toyota Motor Sales U.S.A., Inc. ~SACV10-00719 JVS(FMOX)
  AZ   2   10-741         Robert Smyser v. Toyota Motor Corp., et al. ~ SACV10-00720 JVS (FMOX)

CALIFORNIA SOUTHERN
  CAS   3   10-648        Shawnee W. Scharer v. Toyota Motor Sales U.S.A., Inc., et al. ~SACV10-00721 JW (FMOX)

COLORADO
  CO   1   10-460         Wayne S. Harris v. Toyota Motor Sales U.S.A., Inc. ~SACV10-00722 JVS (FMOX)
  CO   1   10-915         Amanda J. Noble v. Toyota Motor North America, Inc., et al. ~SACV10-00723 JVS (FMOX)

DISTRICT OF COLUMBIA
  DC   1   10-657         Lucy Miller v. Toyota Motor North America, Inc., et al. ~SACV10-00724 JVS (FMOX)

FLORIDA SOUTHERN
  FLS   0   10-60379      Edward Siff, et al. v. Toyota Motor North America, Inc., et al. ~SACV10-00725 JVS (FMOX)
  FLS   1   10-20630      Antonio Ramos, et al. v. Toyota Motor Sales U.S.A., Inc. ~SACV10-00726 JVS (FMOX)
  FLS   1   10-20648      Sharlene Cohen-Goldberg, et al. v. Toyota Motor Sales U.S.A., Inc., et al. ~SACV10-00727 JVS (FMOX)
  FLS   1   10-20960      Timothy Helmick, et al. v. Toyota Motor North America, Inc., et al. ~SACV10-00728 JVS (FMOX)

GEORGIA NORTHERN
  GAN   1   10-694        Wayne Schlegel, et al. v. Toyota Motor Sales U.S.A., Inc., et al. ~SACV10-00729 JVS (FMOX)
  GAN   1   10-1231       Jane Saint Drake, et al. v. Toyota Motor Sales, U.S.A., Inc., et al. ~SACV10-00730 JVS (FMOX)

HAWAII
  HI   1   10-111         Edward Isao Funasaki v. Toyota Motor Corp., et al. ~SACV10-00731 JVS (FMOX)

IOWA SOUTHERN
  IAS   3   10-33         Julie Beard, et al. v. Toyota Motor Corp., et al. ~SACV10-00732 JVS (FMOX)
  IAS   4   10-83         Christopher Carlson v. Toyota Motor Corp., et al. ~SACV10-00733 JVS (FMOX)

IDAHO
  ID   1   10-114         Gary Gustin v. Toyota Motor Sales U.S.A., Inc., et al. ~SACV10-00734 JVS (FMOX)

ILLINOIS NORTHERN
  ILN   1   10-1351       Burton Field, et al. v. Toyota Motor North America, Inc., et al. ~SACV10-00735 JVS (FMOX)
  ILN   1   10-1379       Bonnie Shansky v. Toyota Motor Sales U.S.A., Inc. ~SACV10-00736 JVS (FMOX)
  ILN   1   10-1599       Deisy F. Toledo v. Toyota Motor Corp., et al. ~SACV10-00737 JVS (FMOX)
  ILN   1   10-1931       Rosalina Diaz, et al. v. Toyota Motor Corp., et al. ~SACV10-00738 JVS (FMOX)
  ILN   1   10-2507       Susan Rifken Ltd. v. Toyota Motor North America, Inc., et al. ~SACV10-00739 JVS (FMOX)

Page 2 of 4

**MDL No. 2151 - Schedule CTO-3 Tag-Along Actions (Continued)**

| <u>DIST. DIV. C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|
| ILLINOIS SOUTHERN | |
| ILS 3  10-215 | Ronald Walls v. Toyota Motor Corp., et al. – *SACV10 - 00740 JVS (FMOx)* |
| KANSAS | |
| KS 2  10-2144 | Ruth Shechter, et al. v. Toyota Motor Engineering & Manufacturing North America, Inc., et al. —→ *SACV10-00741 JVS (FMOx)* |
| KS 6  10-1090 | H.W. Fanning v. Toyota Motor Corp., et al. – *SACV10 - 00742 JVS (FMOx)* |
| KENTUCKY EASTERN | |
| KYE 2  10-60 | Anita Jorge v. Toyota Motor North America, Inc., et al. – *SACV10-00743 JVS (FMOx)* |
| LOUISIANA EASTERN | |
| LAE 2  10-850 | Robert Stephen McKinney, et al. v. Toyota Motor North America, Inc., et al. *SACV10-744 JVS (FMOx)* |
| LAE 2  10-892 | Pamela Frederickson v. Toyota Motor Sales U.S.A., Inc., et al. *SACV10-00745 JVS (FMOx)* |
| LAE 2  10-893 | LaRocca's Auto Sales, Inc. v. Toyota Motor Sales U.S.A., Inc., et al. – *SACV10 - 00746 JVS (FMOx)* |
| LOUISIANA WESTERN | |
| LAW 1  10-421 | Larry Boudoin, et al. v. Toyota Motor Sales U.S.A., Inc., et al. – *SACV10-00747 JVS (FMOx)* |
| LAW 6  10-521 | Elwanda Fontenot v. Toyota Motor North America, Inc., et al. – *SACV10 - 00748 JVS (FMOx)* |
| MASSACHUSETTS | |
| MA 1  10-10349 | Gerald Murphy, etc. v. Toyota Motor Sales U.S.A., Inc. – *SACV10-00749 JVS (FMOx)* |
| MA 1  10-10381 | Mary Ferrara v. Toyota Motor Sales U.S.A., Inc., et al. – *SACV10-00750 JVS (FMOx)* |
| MARYLAND | |
| MD 8  10-1075 | Joseph Schantz, et al. v. Toyota Motor North America, Inc., et al. – *SACV10-00751 JVS (FMOx)* |
| MINNESOTA | |
| MN 0  10-766 | Dale Karjala v. Toyota Motor Corp., et al. – *SACV10-00752 JVS (FMOx)* |
| MN 0  10-801 | George C. Weyer, et al. v. Toyota Motor North America, Inc., et al. – *SACV10-00753 JVS (FMOx)* |
| MN 0  10-943 | Ted M. Wedul v. Toyota Motor Sales U.S.A., Inc., et al. – *SACV10-00754 JVS (FMOx)* |
| MN 0  10-944 | James Michael Bell v. Toyota Motor Sales U.S.A., Inc., et al. – *SACV10-00755 JVS (FMOx)* |
| MN 0  10-1694 | Robert Ruf v. Toyota Motor Sales U.S.A., Inc. – *SACV10-00756 JVS (FMOx)* |
| MN 0  10-1924 | Mary Pat Hauck v. Toyota Motor Corp., et al. – *SACV10-00757 JVS (FMOx)* |
| MISSOURI EASTERN | |
| MOE 4  10-350 | Robert O'Leary, et al. v. Toyota Motor Sales U.S.A., Inc., et al. – *SACV10-00759 JVS (FMOx)* |
| MOE 4  10-365 | Rena M. Ridenour v. Toyota Motor Sales U.S.A., Inc., et al. – *SACV10-00760 JVS (FMOx)* |
| MISSOURI WESTERN | |
| MOW 4  10-238 | May Zhang, et al. v. Toyota Motor Engineering & Manufacturing North America, Inc., et al. – *SACV10-00761 JVS (FMOx)* |
| MONTANA | |
| MT 1  10-20 | Darrell P. Quintana v. Toyota Motor Corp., et al. – *SACV10-00762 JVS (FMOx)* |

**MDL No. 2151 - Schedule CTO-3 Tag-Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **NORTH CAROLINA WESTERN** | |
| NCW 3  10-135 | Selena Michelle Hines-Muhammad v. Toyota Motor Sales U.S.A., Inc., et al. *SACV10-00763 JVS(FMOx)* |
| NCW 3  10-176 | Patricia Grier v. Toyota Motor Sales U.S.A., Inc. — *SACV10-00764 JVS(FMOx)* |
| **NORTH DAKOTA** | |
| ND  3  10-16 | Mark Fraase v. Toyota Motor Corp., et al. — *SACV10-00765 JVS(FMOx)* |
| **NEBRASKA** | |
| NE  8  10-149 | Anthony Bonacci, et al. v. Toyota Motor Corp., et al. — *SACV10-00766 JVS(FMOx)* |
| **NEW JERSEY** | |
| NJ  3  10-1623 | Cesare Coslop, IV v. Toyota Motor Corp., et al. — *SACV10-00767 JVS(FMOx)* |
| NJ  3  10-1786 | Joseph B. Tiboni v. Toyota Motor Sales U.S.A., Inc. — *SACV10-00768 JVS(FMOx)* |
| NJ  3  10-2032 | Jon J. Darcy, et al. v. Toyota Motor North America, Inc., et al. — *SACV10-00769 JVS(FMOx)* |
| **NEW MEXICO** | |
| NM  1  10-323 | James P. Griffin v. Toyota Motor Corp., et al. — *SACV10-00770 JVS(FMOx)* |
| **NEW YORK EASTERN** | |
| ~~NYE  1  10-1116~~ | ~~Beverly Ifergan v. Toyota Motor Sales U.S.A., Inc., et al.~~ **Opposed 6/2/10** |
| NYE  1  10-1334 | Michael Yastrab v. Toyota Motor Sales U.S.A., Inc., et al. — *SACV10-00771 JVS(FMOx)* |
| NYE  2  10-1272 | David Rosenberg v. Toyota Motor Corp., et al. — *SACV10-00772 JVS(FMOx)* |
| **OHIO NORTHERN** | |
| OHN  1  10-650 | Richard Immerman v. Toyota Motor North America, Inc., et al. — *SACV10-00773 JVS(FMOx)* |
| **OHIO SOUTHERN** | |
| OHS  1  10-165 | Tom Kunce v. Toyota Motor Sales U.S.A., Inc. — *SACV10-00774 JVS(FMOx)* |
| ~~OHS  3  10-124~~ | ~~Mary O'Rourke, et al. v. Toyota Motor Sales U.S.A., Inc.~~ **Opposed 6/3/10** |
| OHS  3  10-144 | Solomon Harbor v. Toyota Motor Sales U.S.A., Inc., et al. — *SACV10-00775 JVS(FMOx)* |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  10-994 | Cullen Kirkpatrick, et al. v. Toyota Motor North America, Inc., et al. — *SACV10-00776 JVS(FMOx)* |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  10-407 | Mitchell P. Gedid v. Toyota Motor Corp., et al. — *SACV10-00777 JVS(FMOx)* |
| **RHODE ISLAND** | |
| RI  1  10-138 | Mindy A. Corrigan, et al. v. Toyota Motor Sales U.S.A., Inc., et al. — *SACV10-778 JVS(FMOx)* |
| **TENNESSEE EASTERN** | |
| TNE  3  10-101 | Millie Charlottie Hartgrove v. Toyota Motor Corp., et al. — *SACV10-00779 JVS(FMOx)* |
| **TENNESSEE MIDDLE** | |
| TNM  3  10-364 | Dylan Cruikshank v. Toyota Motor Corp., et al. — *SACV10-00780 JVS(FMOx)* |
| TNM  3  10-387 | Joyce Ann Atnip, et al. v. Toyota Motor Corp., et al. — *SACV10-00781 JVS(FMOx)* |

Page 4 of 4

**MDL No. 2151 - Schedule CTO-3 Tag-Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| TENNESSEE WESTERN<br>   TNW  2  10-2153 | Louis Pera, Jr. v. Toyota Motor Corp., et al.– SACV10-00782 JVS (FMOX) |
| TEXAS EASTERN<br>   TXE  5  10-42 | Jasbir Grewal v. Toyota Motor Sales U.S.A., Inc., et al.– SACV10-00783 JVS (FMOX) |
| TEXAS NORTHERN<br>   TXN  3  10-788 | Jay Brandt v. Toyota Motor Corp., et al.– SACV10-784 JVS (FMOX) |
| WASHINGTON WESTERN<br>   WAW  2  10-426<br>   WAW  2  10-542<br>   WAW  3  10-5176 | Dana Clark Weller, et al. v. Toyota Motor Sales U.S.A, Inc.– SACV10-00785 JVS (FMOX)<br>Edward Wojeck v. Toyota Motor North America, Inc., et al.– SACV10-00786 JVS (FMOX)<br>Elizabeth Seu v. Toyota Motor Corp., et al.– SACV10-00787 JVS (FMOX) |
| WEST VIRGINIA SOUTHERN<br>   WVS  2  10-399 | Ira Lee Dadisman, et al. v. Toyota Motor Corp., et al.– SACV10-00788 JVS (FMOX) |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

June 4, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re:  MDL No. 2151 -- IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and
        Products Liability Litigation

(See Attached CTO-3)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 20, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By_____
Jakeia Mells
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:        Judge James V. Selna

JPML Form 36A

**IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION**                 MDL No. 2151

## PANEL SERVICE LIST (CTO-3)

Robert T. Adams
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
**rtadams@shb.com**

Bridget M. Ahmann
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
**bahmann@faegre.com**

Paula J. Allan
ECKERT SEAMANS CHERIN & MELLOTT
600 Grant Street
44th Floor
Pittsburgh, PA 15219
**pallan@eckertseamans.com**

Andres F. Alonso
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402
**aalonso@yourlawyer.com**

Jonathan B. Andry
ANDRY LAW FIRM LLC
610 Baronne Street
New Orleans, LA 70113
**jandry@yahoo.com**

Patrick M. Ardis
WOLFF ARDIS PC
5810 Shelby Oaks Drive
Memphis, TN 38134
**pardis@wolffardis.com**

Richard J. Arsenault
NEBLETT BEARD & ARSENAULT
Post Office Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
**rarsenault@nbalawfirm.com**

William Francis Auther
BOWMAN & BROOKE LLP
2901 North Central Avenue
Suite 1600
Phoenix, AZ 85012-2736
**william.auther@phx.bowmanandbrooke.com**

Franklin D. Azar
FRANKLIN D AZAR & ASSOCIATES PC
14426 E. Evans Avenue
Aurora, CO 80014
**azarf@fdazar.com**

William G. Azar
AZAR & SCHLEHOFER PC
800 East Dimond Blvd.
Suite 3-640
Anchorage, AK 99515

Keith M. Babcock
LEWIS & BABCOCK LLP
P.O. Box 11208
Columbia, SC 29211
**kmb@lewisbabcock.com**

Benjamin L. Bailey
BAILEY & GLASSER
209 Capitol Street
Charleston, WV 25301
**bbailey@baileyglasser.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Ben Barnow
BARNOW & ASSOCIATES PC
1 North LaSalle Street
Suite 4600
Chicago, IL 60602
**b.barnow@barnowlaw.com**

Stephen R. Basser
BARRACK RODOS & BACINE
One American Plaza
600 West Broadway
Suite 900
San Diego, CA 92101
**sbasser@barrack.com**

Gino F. Battisti
FOLEY & MANSFIELD PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
**gbattisti@foleymansfield.com**

Mark S. Baumkel
30200 Telegraph Road
Suite 200
Bingham Farms, MI 48025
**baumkelm@aol.com**

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
P.O. Drawer H
Reserve, LA 70084
**dbecnel@becnellaw.com**

Andrew E. Bederman
GREENBERG & BEDERMAN LLP
1111 Bonifant Street
Silver Spring, MD 20910
**abederman@gblawyers.com**

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326
**hfbell@belllaw.com**

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
**steve@hbsslaw.com**

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
**g.blanchfield@rwblawfirm.com**

Stacy Tjon Bossart
SOLBERG STEWART MILLER & TJON LTD
P.O. Box 1897
Fargo, ND 58107-1897
**stb@solberglaw.com**

Mitchell M. Breit
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
**mbreit@hanlyconroy.com**

Ann E. Brown-Graff
BRADY & O'SHEA PC
2735 First Ave., S.E.
Suite 205
Cedar Rapids, IA 52402
**abrown-graff@bradyoshea.com**

Ronald Lee Burdge
BURDGE LAW OFFICE
2299 Miamisburg-Centerville Road
Dayton, OH 45459-3817
**ron@ohiolemonlaw.com**

William F. Burns, Jr.
GIORDANO GORDON & BURNS
319 S. Sharon Amity Road, Suite 230
Charlotte, NC 28211
**wb@ggandblaw.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
**ecabraser@lchb.com**

James M. Campbell
CAMPBELL CAMPBELL EDWARDS
& CONROY
One Constitution Plaza
Boston, MA 02129

Bryan L. Capps
ADAMS LAW FIRM
101 Sherlake Lane, Suite 101
Knoxville, TN 37922
**bcapps@terryadamslaw.com**

Craig Carpenito
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
**craig.carpenito@alston.com**

James E. Cecchi
CARELLA BYRNE CECCHI OLSTEIN
BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
**jcecchi@carellabyrne.com**

Kathleen C. Chavez
CHAVEZ LAW FIRM PC
3 North Second Street, Suite 300
St. Charles, IL 60174
**gkeg4@aol.com**

Stanley M. Chesley
WAITE SCHNEIDER BAYLESS
& CHESLEY CO LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
**stanchesley@wsbclaw.com**

Jonathan Hale Claydon
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
**claydonj@gtlaw.com**

Rebecca A. Cunard
CUNARD LAW FIRM
9214 Interline Avenue
Baton Rouge, LA 70809
**rebecca@cunardlaw.com**

Peter Lawrence Currie
LAW FIRM OF PETER L CURRIE PC
536 Wing Lane
St. Charles, IL 60174
**plclaw05@aol.com**

Bernard Daskal
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018
**daskal@lawlynch.com**

Cari K. Dawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**cari.dawson@alston.com**

David J. Disabato
DISABATO & BOUCKENOOGHE LLC
8 Mansfield Court
Mendham, NJ 07945
**ddisabato@disabatolaw.com**

B. Timothy Durick
PEARCE & DURICK
314 East Thayer Avenue
P.O. Box 400
Bismarck, ND 58502-0400
**btd@pearce-durick.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Jack S. Dweck
DWECK LAW FIRM LLP
230 Park Avenue
Suite 416
New York, NY 10169-0124
**asa2fly@aol.com**

Darryl W. Edmondson
HAGOOD TARPY & COX PLLC
900 South Gay Street
2100 Riverview Tower
Knoxville, TN 37902
**dwelaw@bellsouth.net**

Lewis S. Eidson
COLSON HICKS EIDSON
255 Aragon Avenue
2nd Floor
Coral Gables, FL 33134-2351
**Mike@colson.com**

Richard Victor Falcon
MURPHY FIRM
One South Street
23rd Floor
Baltimore, MD 21202
**rfalcon@billymurphylaw.com**

Charles A. Fiore
34 South Main Street
P.O. Box 525
Williamstown, NJ 08094
**cfiore6@verizon.net**

Robert M. Foote
FOOTE MEYERS MIELKE & FLOWERS LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
**rmf@foote-meyers.com**

Howard Friedman
LAW OFFICES OF HOWARD FRIEDMAN PC
90 Canal Street, 5th Floor
Boston, MA 02114-2022
**hfriedman@civil-rights-law.com**

Jeff Friedman
FRIEDMAN LEAK DAZZIO ZULANAS
& BOWLING
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
**jfriedman@friedmanleak.com**

Todd E. Gadtke
HAUER FARGIONE LOVE LANDY
& MCELLISTEM
5901 Cedar Lake Road South
Minneapolis, MN 55416-1549
**tgadtke@hfllaw.com**

Mitchell P. Gedid
921 Mclaughlin Run Road
Bridgeville, PA 15017

Karl Geercken
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
**karl.geercken@alston.com**

Lisa Gilford
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
**lisa.gilford@alston.com**

Jeffrey S. Goldenberg
MURDOCK GOLDENBERG SCHNEIDER
& GROH
35 E. Seventh Street
Suite 600
Cincinnati, OH 45202
**jgoldenberg@mgsglaw.com**

Christopher E. Green
601 Union Street
Suite 4285
Seattle, WA 98101
**chris@myfaircredit.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Philip Burton Green
75-1000 Henry Street
Suite 201
Kailua-Kona, HI 96740
**lawyergreen@yahoo.com**

H. Philip Grossman
GROSSMAN & MOORE PLLC
401 West Main Street
One Riverfront Plaza
Suite 1810
Louisville, KY 40202
**pgrossman@gminjurylaw.com**

John A.K. Grunert
CAMPBELL CAMPBELL EDWARDS
& CONROY
One Constitution Plaza
Boston, MA 02129
**jgrunert@campbell-trial-lawyers.com <jgrunert**

Lance A. Harke
HARKE & CLASBY LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130
**lharke@harkeclasby.com**

Gregory A. Harrison
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
**greg.harrison@dinslaw.com**

Larry D. Helvey
LARRY HELVEY LAW FIRM
2735 First Avenue, S.E.
Suite 101
Cedar Rapids, IA 52402
**lhelvey@helveylaw.com**

Jay Forbes Hirsch
POPE MCGLAMRY KILPATRICK
MORRISON & NORWOOD
925 The Pinnacle
P.O. Box 191625
3455 Peachtree Road, N.E.
Atlanta, GA 31119-1625
**efile@pmkm.com**

Eric Davis Holland
HOLLAND GROVES SCHNELLER
& STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
**ericdholland@yahoo.com**

Lynne M. Holtkamp
HOLTKAMP LAW FIRM
312 West Franklin Street
Chapel Hill, NC 27516
**LHoltkamp@Holtkamplawfirm.com**

Carrie L. Hund
BASSFORD REMELE PA
Multifoods Tower
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3707
**chund@bassford.com**

Andrew W. Hutton
HUTTON & HUTTON LAW FIRM LLC
8100 East 22nd Street
North-Bldg. 1200
P.O. Box 638
Wichita, KS 67201-0638
**andrew.hutton@huttonlaw.com**

Jose Antonio Isasi, II
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
**isasij@gtlaw.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Christian A. Jenkins
MINNILLO & JENKINS CO LPA
22 West 9th Street
Cincinnati, OH 45202
**CJenkins@minnillojenkins.com**

Tracy M. Jenks
RODEY DICKASON SLOAN AKIN & ROBB
P.O. Box 1888
Albuquerque, NM 87103-1888
**tjenks@rodey.com**

Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
**bfj@chimicles.com**

Ross W. Johnson
FAEGRE BENSON LLP
801 Grand Ave.
Suite 3100
Des Moines, IA 50309-8002
**rwjohnson@faegre.com**

Patrick T. Jones
COOLEY MANION & JONES LLP
21 Custom House Street
Boston, MA 02110
**pjones@cmj-law.com**

Daniel R. Karon
GOLDMAN SCARLATO & KARON PC
55 Public Square
Suite 1500
Cleveland, OH 44113
**karon@gsk-law.com**

Monica R. Kelly
RIBBECK LAW CHARTERED
505 North Lake Shore Drive
Suite 102
Chicago, IL 60611
**monicakelly@ribbecklaw.com**

Mark E. King
DAVID B KAHN & ASSOCIATES LTD
One Northfield Plaza
Suite 100
Northfield, IL 60093

John W. Knottnerus
MARTIN MISCHOFF TEMPLETON LANGSLET
& HOFFMAN
888 SW 5th Avenue
Suite 900
Portland, WA 97204-5667
**jknottnerus@martinbischoff.com**

Sheree A. Kon-Herrera
FUKUNAGA MATAYOSHI HERSHEY CHING
& COP
841 Bishop Street
Suite 1200
Honolulu, HI 96813
**skh@fmhc-law.com**

Steven R. Kramer
ECKERT SEAMANS CHERIN & MELLOTT LLC
10 Bank Street
Suite 1061
White Plains, NY 10606
**skramer@eckertseamans.com**

Laurence Alan Lasky
LASKY & SCHARRER
130 W Second Street
Suite 830
Dayton, OH 45402
**laskylaw@sbcglobal.net**

Charles T. Lester, Jr.
ERIC C DETERS & ASSOCIATES PSC
5247 Madison Pike
Independence, KY 41051
**clester@ericdeters.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
**alevin@lfsblaw.com**

Michael A. London
DOUGLAS & LONDON
111 John Street
Suite 1400
New York, NY 10038
**mlondon@douglasandlondon.com**

Kevin Bruce Love
CRIDEN & LOVE PA
7301 S.W. 57th Court
Suite 515
South Miami, FL 33134
**klove@cridenlove.com**

Roger L. Mandel
BECKHAM & MANDEL
3400 Carlisle
Suite 550
Dallas, TX 75204
**rmandel@beckham-mandel.com**

Darren L. McCarty
ALSTON & BIRD LLP
2200 Ross Avenue
Chase Tower, Suite 3601
Dallas, TX 75201
**darren.mccarty@alston.com**

Bradley D. McCormack
SADER LAW FIRM LLC
4739 Belleview Avenue
Suite 300
Kansas City, MO 64112-1364
**bmccormack@saderlawfirm.com**

Anna S. McLean
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
**amclean@sheppardmullin.com**

Patricia Ann Meester
FRANKLIN D AZAR & ASSOCIATES PC
930 Eagleridge Blvd.
Pueblo, CO 81008
**meesterp@fdazar.com**

J. Andrew Meyer
MORGAN & MORGAN PA
One Tampa City Center
201 North Franklin Street
7th Floor
Tampa, FL 33602
**ameyer@forthepeople.com**

Marvin Alan Miller
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
**mmiller@millerlawllc.com**

Mike J. Miller
SOLBERG STEWART MILLER & TJON LTD
P.O. Box 1897
Fargo, ND 58107-1897
**mmiller@solberglaw.com**

Charles Glen Morris
ALSTON & BIRD LLP
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, TX 75201
**glen.morris@alston.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

John T. Murray
MURRAY & MURRAY CO LPA
111 East Shoreline Drive
Sandusky, OH 44870
**jotm@murrayandmurray.com**

Dianne M. Nast
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601
**dnast@rodanast.com**

Joseph V. Neill
5201 Hampton Avenue
St. Louis, MO 63109
**neill5300@aol.com**

Colvin G. Norwood, Jr.
MCGLINCHEY STAFFORD PLLC
601 Poydras Street
12th Floor
New Orleans, LA 70130
**wnorwood@mcglinchey.com**

Fred Paoli, Jr.
PAOLI & BROWN
120 West Callender Street
Livingston, MT 59047
**fpaoli@bridgeband.com**

Behram V. Parekh
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue
4th Floor
El Segundo, CA 90245
**bvp@kirtlandpackard.com**

Alexander W. Peet
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
#200
Miramar Beach, FL 32550
**dml@lovelacelaw.com**

James M. Piotrowski
HERZFELD & PIOTROWSKI
P.O. Box 2864
Boise, ID 83701-2864
**jpiotrowski@idunionlaw.com**

Frank C. Porada
BERENBAUM WEINSHIENK PC
370 17th Street
#4800
Denver, CO 80202-5698
**fporada@bw-legal.com**

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, Suite 800
Washington, DC 20006
**gporter@baileyglasser.com**

Jason Saul Remer
REMER & GEORGES-PIERRE PLLC
11900 Biscayne Blvd.
Suite 288
North Miami, FL 33181
**jremer@rgpattorneys.com**

William A. Riback
WILLIAM A RIBACK LLC
132 N. Haddon Avenue
Haddonfield, NJ 08033
**ribacklaw@aol.com**

Donna L. Roberts
STITES & HARBISON PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219-2449
**Donna.roberts@stites.com**

Regina M. Rodriguez
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
**rrodriguez@faegre.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

John H. Ruiz
JOSEPH LAWRENCE MCGUINNESS
5040 NW 7th Street
Miami, FL 33126
**jruizpilaw@aol.com**

Philip A. Rush
MARTIN BISCHOFF TEMPLETON ET AL
888 SW Fifth Avenue
Suite 900
Portland, OR 97204-5667
**prush@martinbischoff.com**

Sherrie R. Savett
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103
**ssavett@bm.net**

David T. Schaefer
DINSMORE & SHOHL LLP
2500 National City Tower
101 S. Fifth Street
Louisville, KY 40202
**david.schaefer@dinslaw.com**

Fred Schultz
GREENE SCHULTZ LAW FIRM
Showers Plaza
320 West 8th Street
Suite 100
Bloomington, IN 47404

Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029
**mseltzer@susmangodfrey.com**

James C. Shah
SHEPHERD FINKELMAN MILLER
& SHAH LLC
475 White Horse Pike
Collingswood, NJ 08107-1909
**jshah@sfmslaw.com**

Scott R. Shepherd
SHEPHERD FINKELMAN MILLER
& SHAH LLC
35 East State Street
Media, PA 19063
**sshepherd@sfmslaw.com**

Alexander Simanovsky
ALEX SIMANOVSKY & ASSOCIATES LLC
2300 Henderson Mill Road
Suite 300
Atlanta, GA 30345
**alex@lemonlawinfo.com**

W. James Singleton
SINGLETON LAW FIRM
4050 Linwood Avenue
Shreveport, LA 71108
**wjsingleton@singletonlaw.com**

Chad Michael Sizemore
MONTGOMERY RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202
**csizemore@mrjlaw.com**

Donald H. Slavik
HABUSH HABUSH & ROTTIER SC
777 East Wisconsin Avenue, Suite 2300
Milwaukee, WI 53202
**slavik@habush.com**

Holly P. Smith
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2316
**hpsmith@shb.com**

Alan G. Snipes
POPE MCGLAMRY KILPATRICK
MORRISON & NORWOOD LLP
1111 Bay Avenue, Suite 450
P.O. Box 2128
Columbus, GA 31902
**efile@pmkm.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Eric B. Snyder
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
**esnyder@baileyglasser.com**

Sean P. Spellman
WITHERWAX & SPELLMAN LAW PC
4150 Westown Parkway
Suite 205
West Des Moines, IA 50266
**sspellman@witherwaxlaw.com**

Ira Spiro
SPIRO MOSS LLP
11377 West Olympic Boulevard
5th Floor
Los Angeles, CA 90064
**ira@spiromoss.com**

Geoffrey Spreter
LAW OFFICES OF ALEXANDER M SCHACK
16870 West Bernardo Drive
Suite 400
San Diego, CA 92127
**geoffspreter@amslawoffice.com**

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025
**lacounsel@earthlink.net**

Lionel Howard Sutton, III
SUTTON LAW FIRM
610 Barrone Street
New Orleans, LA 70113
**lhs3law@hotmail.com**

David J. Szerlag
PRITZKEROLSEN PA
45 South 7th Street, #2950
Minneapolis, MN 55402
**david@pritzkerlaw.com**

Dana B. Taschner
LANIER LAW FIRM
2029 Century Park, East
Suite 1450
Los Angeles, CA 90067
**dbt@lanierlawfirm.com**

Michael Ross Tein
LEWIS TEIN
3059 Grand Avenue
Suite 340
Coconut Grove, FL 33133
**tein@lewistein.com**

Bruce Terlep
SWANSON MARTIN & BELL LLP
2525 Cabot Drive
Suite 204
Lisle, IL 60532
**bterlep@smbtrials.com**

Fletcher V. Trammell
BAILEY PERRIN BAILEY
440 Louisiana Street
Suite 2100
Houston, TX 77002
**ftrammell@bpblaw.com**

Dale H. Tuttle
GLASSMAN EDWARDS WADE
& WYATT PC
26 North Second Street
Memphis, TN 38103
**dtuttle@gewwlaw.com**

Mitchell M.Z. Twersky
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 2805
New York, NY 10119
**Mtwersky@aftlaw.com**

Anthony Martin Urie
18130 Midvale Avenue, North
Shoreline, WA 98133
**anthonyurie@gmail.com**

**MDL No. 2151 - Panel Service List (CTO-3) (Continued)**

Sharon L. Van Dyck
VAN DYCK LAW FIRM PLLC
5354 Parkdale Drive, Suite 103
St. Louis Park, MN 55416
**sharon@vandycklaw.com**

Jon Barry Waldorf
ROSE LAW FIRM PLLC
501 New Karner Road, Suite 11
Albany, NY 12205
**jwaldorf@theroselawfirm.com**

Lawrence Walner
WALNER LAW FIRM LTD
20 North Clark Street
Suite 2450
Chicago, IL 60602-4109
**walner@walnerlawfirm.com**

Irving J. Warshauer
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
**iwarshauer@gainsben.com**

Elizabeth Ahern Wells
2299 Miamisburg Centerville Road
Dayton, OH 45459
**beth@ohiolemonlaw.com**

Christopher P. Welsh
WELSH & WELSH PC LLO
9290 West Dodge Road
100 The Mark
Omaha, NE 68114
**cwelsh@welsh-law.com**

Kenneth A. Wexler
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
**kaw@wexlerwallace.com**

Amy M. Wilkins
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
**amyw@hbsslaw.com**

Amanda M. Williams
GUSTAFSON GLUEK PLLC
608 Second Avenue South
650 Northstar East
Minneapolis, MN 55402
**awilliams@gustafsongluek.com**

B. Keith Williams
LANNOM & WILLIAMS
137 Public Square
Lebanon, TN 37087
**keithwilliams@lannomwilliams.com**

Martha K. Wivell
P.O. Box 339
Cook, MN 55723
**mwivell@msn.com**

Gary A. Wright
WRIGHT & LASALLE LLP
715 West Main Street, #201
Aspen, CO 81611
**gaw@wrightlasalle.com**

Shane C. Youtz
YOUTZ & VALDEZ PC
900 Gold Avenue, SW
Albuquerque, NM 87102
**shane@youtzvaldez.com**

Dennis P. Ziemba
ECKERT SEAMANS CHERIN
& MELLOTT LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
**dziemba@eckertseamans.com**

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

MDL No. 2151

**INVOLVED JUDGES LIST (CTO-3)**

Hon. Donetta W. Ambrose
U.S. District Judge
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. Michael M. Anello
U.S. District Judge
3130 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. William O. Bertelsman
Senior U.S. District Judge
P.O. Box 1012
Covington, KY 41012

~~Hon. Frederic Block~~
~~Senior U.S. District Judge~~
~~925S U.S. Courthouse~~
~~225 Cadman Plaza East~~
~~Brooklyn, NY 11201-1818~~

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor U.S. Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Robert J. Bryan
Senior U.S. District Judge
4427 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. Richard F. Cebull
Chief Judge, U.S. District Court
James F. Batin U.S. Courthouse
316 North 26th Street
Billings, MT 59101

Hon. Charmiane G. Claxton
U.S. Magistrate Judge
United States District Court
Clifford Davis and Odell Horton Federal Bldg.
167 North Main Street, Room 934
Memphis, TN 38103

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. Mary Little Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal Bldg. & U.S. Cthse.
402 E. State Street
Trenton, NJ 08608

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal Building
    & U.S. Courthouse
75 Spring Street, SW
Atlanta, GA 30303

Hon. Kurt D. Engelhardt
U.S. District Judge
C-367 Hale Boggs Federal Building
    & U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

**MDL No. 2151 - Involved Judges List (CTO-3) (Continued)**

Hon. Ralph R. Erickson
Chief Judge, U.S. District Court
410 Quentin N. Burdick U.S. Courthouse
655 First Avenue North
Fargo, ND 58102

Hon. David Folsom
Chief Judge, U.S. District Court
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. W. Royal Furgeson, Jr.
Senior U.S. District Judge
1359 Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Alan S. Gold
U.S. District Judge
11-1 Wilkie D. Ferguson, Jr. U.S. Courthouse
400 N. Miami Avenue
Miami, FL 33128

Hon. Joseph R. Goodwin
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Joan B. Gottschall
U.S. District Judge
2356 Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Hon. James S. Gwin
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver U.S. Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203

Hon. William M. Hoeveler
Senior U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7797

Hon. Henry H. Kennedy, Jr.
U.S. District Judge
6903 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Matthew F. Kennelly
U.S. District Judge
2188 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Marcia S. Krieger
U.S. District Judge
A941 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

**MDL No. 2151 - Involved Judges List (CTO-3) (Continued)**

Hon. Nanette K. Laughrey
U.S. District Judge
307 United States Courthouse
131 West High Street
Jefferson City, MO 65101-1557

Hon. Ivan L. Lemelle
U.S. District Judge
C-525 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Stephen N. Limbaugh, Jr.
U.S. District Judge
U.S. Courthouse
555 Independence Street
Cape Girardeau, MO 63701

Hon. Paul A. Magnuson
Senior U.S. District Judge
734 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Blanche M. Manning
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Ricardo S. Martinez
U.S. District Judge
United States Courthouse
700 Stewart Street, Room 13134
Seattle, WA 98101-1271

Hon. Mary A. McLaughlin
U.S. District Judge
13614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Susan Oki Mollway
Chief Judge, U.S. District Court
C-409 Prince Kuhio Federal Building
300 Ala Moana Boulvard
Honolulu, HI 96850-0001

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Robert W. Pratt
Chief Judge, U.S. District Court
429 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Richard L. Puglisi
U.S. Magistrate Judge
U.S. Courthouse
333 Lomas Boulevard, NW
Albuquerque, NM 87102

**MDL No. 2151 - Involved Judges List (CTO-3) (Continued)**

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg. & U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Walter H. Rice
Senior U.S. District Judge
909 Federal Building
200 West Second Street
Dayton, OH 45402

Hon. John W. Sedwick
U.S. District Judge
Federal Building &
U.S. Courthouse, Box 32
222 West Seventh Avenue
Anchorage, AK 99513

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Arthur D. Spatt
Senior U.S. District Judge
United States District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph
Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Thomas W. Thrash, Jr.
U.S. District Judge
2188 Richard B. Russell Federal Building
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Roger W. Titus
U.S. District Judge
U.S. Courthouse
6500 Cherrywood Lane
Suite 255A
Greenbelt, MD 20770

Hon. Aleta A. Trauger
U.S. District Judge
825 Estes Kefauver Federal Building
& U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**MDL No. 2151 - Involved Judges List (CTO-3) (Continued)**

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. Richard L. Voorhees
U.S. District Judge
250 Charles Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Jack B. Weinstein
Senior U.S. District Judge
1420 U. S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Federal Building
    & U.S. Courthouse
550 West Fort Street
Boise, ID 83724

Hon. Charles R. Wolle
Senior U.S. District Judge
110 E. Court
Room 403
Des Moines, IA 50309

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Jay C. Zainey
U.S. District Judge
C-455 Hale Boggs Federal Building U.S. Cthse.
500 Poydras Street
New Orleans, LA 70130

**IN RE: TOYOTA MOTOR CORP. UNINTENDED**
**ACCELERATION MARKETING, SALES PRACTICES,**
**AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 2151

### INVOLVED CLERKS LIST (CTO-3)

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
   & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

Marge Krahn, Clerk
United States Courthouse
131 East Fourth Street
Davenport, IA 52801-1516

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Libby Smith, Clerk
James A. McClure Fed. Bldg.
   & U.S. Courthouse
550 West Fort Street, Room 400
Boise, ID 83724-0101

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Nancy J. Rosenstengel, Clerk
U.S. District Court
750 Missouri Avenue
E. St. Louis, IL 62201

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Timothy M. O'Brien, Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

**MDL No. 2151 - Involved Clerks List (CTO-3) (Continued)**

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Ann Thompson, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patrick E. Duffy, Clerk
5405 Federal Building
316 North 26th Street
Billings, MT 59101

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Edward J. Klecker, Clerk
130 Quentin N. Burdick U.S. Courthouse
655 First Avenue North
Fargo, ND 58107

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg.
   & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Matthew J. Dykman, Clerk
U.S. Courthouse
333 Lomas Boulevard, NW
Albuquerque, NM 87102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**MDL No. 2151 - Involved Clerks List (CTO-3) (Continued)**

James Bonini, Clerk
Federal Building, Room 712
200 West Second Street
Dayton, OH 45402

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

David A. DiMarzio, Clerk
U.S. District Court
One Exchange Terrace
Providence, RI 02903

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse & Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building
   & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Bruce Rifkin, Clerk
U.S. Courthouse, Lobby Level
700 Stewart Street
Seattle, WA 98101

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546